No. 80–1257. DONALD SCHRIVER, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Motion of Center on National Labor Policy for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 80–1267. GRAVES TRUCK LINE, INC. v. APPLETON ELECTRIC Co. C. A. 7th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–1683. GENERAL ELECTRIC Co. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–1449. FLORIDA v. HARRISON. Dist. Ct. App. Fla., 3d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. THE CHIEF JUSTICE and JUSTICE BLACKMUN would grant certiorari.

No. 80–6231. DICK v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 80–1085. UNION CARBIDE AGRICULTURAL PRODUCTS Co., INC., ET AL. v. COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL., 450 U. S. 996. Petition for rehearing denied.